**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Cincinnati Insurance Companies, an Ohio corporation licenced to do business in Minnesota,

Plaintiff,

vs.

Service Crane Company, Inc., an Indiana corporation, Oard Manufacturing, Inc. and Fabcon, Inc.

Defendants.

Civ. No. 00-1561 ADM/SRN

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER FOR DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel, that all of the plaintiffs' claims in the above-entitled action may be, and the same hereby are, dismissed with prejudice and on the merits, but without further cost to any of the parties hereto.

**IT IS FURTHER STIPULATED AND AGREED,** that any party, without notice to another, may cause judgment of dismissal with prejudice and on the merits to be entered herein.

Dated: 12/4/00

Michael J. Tomsche (#213512)
Tomsche, Sonnesyn & Tomsche, P.A.
888 Lumber Exchange Bldg.
10 South Fifth Street
Minneapolis, MN 55402
Telephone: (612) 338-4499
Attorneys for Plaintiffs

FILED 1-17-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 12/11/00

ATTORNEY FOR DEFENDANT
SERVICE CRANE COMPANY, INC.
Mark Olson, Esq.
Oppenheimer, Wolff & Donnelly LLP
3400 Plaza VII Building
45 South Seventh Street
Minneapolis, MN 55402

Dated: 11-22-00

**ATTORNEY FOR DEFENDANT**
**OARD MANUFACTURING**

Lawrence J. Skoglund, Esq.
Erstad & Riemer, P.A.
1000 Northland Plaza
3800 West 80th Street
Minneapolis, MN 55431

Dated: 12/20/00

ATTORNEY FOR DEFENDANT
**FABCON, INC.**
Mary Cullen Yeager, Esq.
Faegre & Benson, LLP
2200 Norwest Center
90 S 7TH ST
Minneapolis, MN 55402-3901

**ORDER FOR DISMISSAL**

Based upon the foregoing Stipulation of Dismissal With Prejudice entered into by the parties and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED:** That all of the plaintiffs' claims in the above-entitled action are hereby dismissed with prejudice and on the merits, without further cost to any of the parties hereto.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

Dated: January 16, 2001

ANN D. MONTGOMERY, JUDGE
UNITED STATES DISTRICT COURT